```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :
         -v-                                                      :
                                                                  :   25-CR-00222 (JAV)
KWANE REYNOLDS,                                                   :
                                                                  :          ORDER
                                                                  :
                  Defendant.                                      :
                                                                  :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

As stated on the record during the initial conference held earlier today:

- The Government shall provide a proposed protective order to Defendant by May 30, 2025.
- The parties' joint letter to the Court regarding the proposed protective order is due June 4, 2025.
- Defendant's bail appeal papers are due on June 4, 2025. The Government's response papers shall be due by June 6, 2025.
- The bail appeal hearing is set for **June 9, 2025**, at 10 AM.
- A status conference is scheduled for **July 9, 2025**, at 11 AM. At that conference, the parties shall be prepared to discuss a schedule for motion practice and a date for trial.

All hearings and conferences listed above shall take place in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 28, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge