UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KWANE REYNOLDS,<br><br>*Defendant.* | **Medical Order**<br><br>25 Cr. 222 (JAV) |

JEANNETTE A. VARGAS, District Judge:

It is hereby ORDERED that by June 12, 2025, the Metropolitan Detention Center ("MDC") shall provide Kwane Reynolds, Register No. 79437-511, with compression socks.

It is further ORDERED that by Monday, June 16, 2025, the MDC shall provide defense counsel with all of Kwane Reynolds' MDC medical records to date, to the extent consistent with HIPAA and federal regulation.

Dated:  June 11, 2025
        New York, New York

_Jeannette Vargas_
THE HONORABLE JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE