UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
               Plaintiff, :
: 25-CR-00222 (JAV)
    -v- :
: ORDER
KWANE REYNOLDS, :
:
               Defendant. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record during the conference held earlier today, Defendant's Motion to Dismiss the Indictment on Second Amendment Grounds, ECF No. 27, is **DENIED**, and Defendant's Motion to Suppress Identification Testimony, ECF No. 29, is **DENIED**.

      The parties are **ORDERED** to file a joint letter proposing schedules for all pretrial disclosures and filings, including the following: expert disclosures, Rule 404(b) disclosures, *Daubert* motions, exchange of witness lists, Section 3500 disclosures, exchange of demonstratives, and motions *in limine*—no later than **December 1, 2025**;

      The parties are **ORDERED** to file their proposed *voir dire* questions, requests to charge, and verdict forms in accordance with the Court's Individual Rules and Practices in Criminal Cases no later than **February 15, 2026**; and

      The parties are **ORDERED** to appear for a final pre-trial conference with the Court on **March 2, 2026**, at **10:30 AM**, in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      For the reasons stated on the record, the Court **ORDERED** time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) until March 2, 2026.

      The Clerk of Court is directed to terminate ECF Nos. 27 and 29.

      SO ORDERED.

Dated: November 13, 2025
       New York, New York

                                                              _____
                                                              JEANNETTE A. VARGAS
                                                              United States District Judge