# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 22, 2025

**BY ECF**

Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Kwane Reynolds**
      **25 Cr. 222 (JAV)**

Dear Judge Vargas:

I write to respectfully request to adjourn Mr. Reynolds' change of plea hearing in the above-captioned matter, currently scheduled for tomorrow, December 23, 2025 at 2:30 p.m. Mr. Reynolds is not currently prepared to enter a guilty plea. He respectfully requests a change of plea hearing in early January 2026. The defense is available any time on Monday, January 5; any time on Wednesday, January 7; and after 11:00 a.m. on Friday, January 9.

Thank you for your consideration of this matter.

The defendant's request is GRANTED. The change of plea hearing previously scheduled for December 23, 2025 is adjourned to January 5, 2026 at 12:30 pm.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Kwane Reynolds*

SO ORDERED:

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: December 23, 2025

cc:    Joseph Zabel, Assistant U.S. Attorney