UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
            -v-                                                        :       25-CR-222 (JAV)
                                                                       :
KWANE REYNOLDS,                                                        :       ORDER
                                                                       :
                    Defendant(s).                                      :
                                                                       :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        The Court has received a letter, dated **December 26, 2025**, from the defendant.  The
letter, a copy of which has been sent to defense counsel, will be maintained under seal.

        The parties are hereby ORDERED to appear for a conference to discuss the contents of
the defendant's letter on **January 16, 2026,** at **3:30 p.m.** in **Courtroom 14C** of the Daniel
Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated:  January 5, 2026
        New York, New York                          _____
                                                    JEANNETTE A. VARGAS
                                                    United States District Judge