UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                             :

UNITED STATES OF AMERICA                     :

                         -v-                      :                   25-CR-222 (JAV)

                                            :

KWANE REYNOLDS,                         :                    ORDER

                                          :

                         Defendant.            :

                                          :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons set forth at the substitution-of-counsel hearing held today, January 16, 2026, the motion to substitute counsel is granted.

      The Clerk of Court is directed to terminate the motions at ECF Nos. 44 and 46.

      SO ORDERED.

Dated: January 16, 2026               _____
      New York, New York             JEANNETTE A. VARGAS
                                    United States District Judge