UNITED **STATES** DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

UNITED STATES OF AMERICA

        -against-                                                      **ORDER**


KWANE REYNOLDS                                             _____25CR222_____
                                                                Docket#
--------------------------------------X




JEANNETTE A. VARGAS_____ ,   **DISTRICT JUDGE:**


The Federal Defender assigned to this case

_____MARNE LENOX_____ is hereby ordered substituted

and the representation of the defendant in the above captioned

matter is assigned to _YUSUF EL-ASHMAWY_____ ,   NUNC-PRO-TUNC January 16, 2026


                               SO **ORDBRBD.**

_____
     **JEANNETTE A. VARGAS**
     **UNITED STATES DISTRICT JUDGE**




**Dated:January 16, 2026**
      **New York, New York**