UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA                    :

      - v. -                                            :            25 Cr. 222 (JAV)

KWANE REYNOLDS,                             :

          Defendant.                            :

-----------------------------------------------------------------x

      Upon the request of defendant Kwane Reynolds, by his counsel Yusuf El Ashmawy,

Esq., and with good cause shown it is hereby

      **ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – New

York, and the United States Marshal Service accept the following clothing for Mr. Reynolds,

Register Number 79437-511, to wear for appearances at his trial commencing on June 24th,

2026 and continuing thereafter:

- Dress shirts: qty 4
- Dress pants/slacks: qty 4
- Blazers: qty 2
- Tie: qty 2
- Belt: qty 1
-Undershirts: qty 5 (extra to be able to refresh at lunch break in case of excess sweating)
-Underwear: qty 5 (extra to be able to refresh at lunch break in case of excess sweating)
-Orthopedic Dress shoe: qty 1 Pair
-Compression socks: qty 4 (medically required)

      **ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – New

York, and the United States Marshal Service bring to Court on each day of the trial an extra

set of clothing in case there is a need to refresh clothing due to excessive sweating during the

trial; specifically, one extra dress shirt, pair of dress pants, blazer, undershirt, underwear and

pair of compression socks be brought to court, in addition to the outfit that Mr. Reynolds is

wearing for the day.

**New York, New York**
**Dated:** June 16, 2026

SO ORDERED:

_____
**HONORABLE JEANNETTE A. VARGAS**
United States District Judge