UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA                :

      - v. -                                    :                25 Cr. 222 (JAV)

KWANE REYNOLDS,                          :

           Defendant.                      :

-----------------------------------------------------------------x

## DEFENDANT'S MOTION FOR CLOTHING ORDER

Yusuf El Ashmawy, Esq.
The Law Office of Yusuf El Ashmawy,
Esq., P.C.
305 Broadway, 7th Floor
New York, N.Y. 10007
Tel.: (718) 207-5787

*Counsel for Kwane Reynolds*

June 25, 2026

**BY E-MAIL and ECF**
The Honorable Jeanette A. Vargas
United States District Judge
Southern District of New York
New York, NY 10007

**Re:    United States v. Kwane Reynolds, 25 Cr. 222 (JAV)**

Dear Judge Vargas,

On behalf of Kwane Reynolds, I respectfully request that the Court endorse the enclosed proposed order directing that the Bureau of Prisons (Metropolitan Detention Center) and the United States Marshal Service accept certain clothing for Mr. Reynolds, Register Number 79437-511, to wear for appearances at his trial, continuing on June 26, 2026 and throughout its duration. I understand that an order is necessary for this clothing to be accepted, so that Mr. Reynolds may be properly attired for trial.

Thank you for your consideration of this request.

Respectfully Submitted,
*/s/ Yusuf El Ashmawy*
*Counsel for Kwane Reynolds*

cc:    AUSAs Zabel/Molis/Fiddleman VIA ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA                  :

       - v. -                                          :               25 Cr. 222 (JAV)

KWANE REYNOLDS,                           :

         Defendant.                         :
-------------------------------------------------------------x

Upon the request of defendant Kwane Reynolds, by his counsel Yusuf El Ashmawy,

Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – New

York, and the United States Marshal Service accept the following clothing for Mr. Reynolds,

Register Number 79437-511, to wear for appearances at his trial on June 26th, 2026 and

continuing thereafter:

- Dress shirts: 2
- Dress pants/slacks: 1
- Button up Sweater: 1

**ORDERED** that Mr. Reynolds be permitted to dress in the clothing brought to

court for his trial, pursuant to search and clearance by United States Marshal Service and any

associated protocol or regulations;

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – New

York, and the United States Marshal Service bring to Court on each day of the trial an extra

set of clothing in case there is a need to refresh clothing due to excessive sweating during the

trial; specifically, one extra dress shirt, pair of dress pants, undershirt, underwear and pair of

compression socks be brought to court, in addition to the outfit that Mr. Reynolds is wearing

for the day.

**New York, New York**
**Dated:** June 25, 2026

SO ORDERED:

_____

**HONORABLE JEANNETTE A. VARGAS**
United States District Judge