UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KWANE REYNOLDS,

Defendant(s).

25-CR-222 (JAV)

SCHEDULING ORDER

JEANNETTE A. VARGAS, United States District Judge:

The Court will hold a hearing on **July 28, 2026** at **10:00 a.m.** in **Courtroom 11B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, at which time the parties should be prepared to discuss Substitution of Counsel.

SO ORDERED.

Dated: July 24, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge