UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

KWAME REYNOLDS,

Defendant.

---------------------------------------------------------------------X

25-CR-222 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

The C.J.A. attorney assigned to this case Yusuf El Ashmawy is hereby ordered substituted and the representation of the defendant in the above-captioned matter is assigned to Harvey Fishbein as of July 28, 2026.

SO ORDERED.

Dated: July 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge