HARVEY FISHBEIN
ATTORNEY AT LAW

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

August 17, 2026

**VIA ECF**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: United States v. Kwane Reynolds**
**25 CR 222 (JAV)**

Dear Judge Vargas:

I, along with associate counsel Kristin McAlpin, were recently appointed to represent Kwane Reynolds in the above referenced matter.

On July 28, 2026, the Court directed the parties to file a joint status letter by August 18, 2026, proposing a post-trial motion schedule. On Friday, August 15 we advised AUSA Joseph Zabel that we have met with Mr. Reynolds and reviewed the pertinent discovery materials and trial transcripts with him. We further advised the Government that we anticipate meeting with Mr. Reynolds again during the week of August 24, 2026, to determine what, if any, post-trial motions are appropriate.

In light of the foregoing the parties jointly, and respectfully, propose that any post-trial motions by the defense be filed by September 11, 2026, Government's response by October 12, 2026 and defense reply by October 26, 2026.

Respectfully Requested,
/s/
Harvey Fishbein

cc: All parties (via ECF)

**SO ORDERED:**

Jeannette Vargas

The Honorable Jeannette A. Vargas
United States District Judge
Dated: August 21, 2026