UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KWANE REYNOLDS,

Defendant.

25-CR-222 (JAV)

SCHEDULING ORDER

JEANNETTE A. VARGAS, United States District Judge:

On August 31, 2026, the Probation Department informed the Court of communications with newly appointed defense counsel. Defense counsel requested an adjournment of presentence investigation interviews until the conclusion of post-trial motions. This request is DENIED.

Furthermore, the Court is extending the deadline for the Probation Department's preparation of the PSR as follows:

- Initial disclosures due September 23, 2026
- Second disclosures due October 21, 2026
- Final disclosures due November 16, 2026

SO ORDERED.

Dated: September 4, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge