UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

KWANE REYNOLDS,

Defendant(s).

------------------------------------------------------------------X

25-CR-222 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

IT IS HEREBY ORDERED that the sentencing previously scheduled for December 2, 2026, is adjourned to **January 27, 2027,** at 11:00 am in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Accordingly, defense sentencing submissions are due January 13, 2027. Government submissions are due January 20, 2027.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge